UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

BEVERLEY DOUGLIN, PATRICIA
MCALMONT, and NORVA MORRIS-
LEWIS,

                        Plaintiffs,

      -v-

GREATBANC TRUST COMPANY, INC.,

                        Defendant.
----------------------------------------------------------X

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: JUN 30 2015

No. 14-CV-620 (RA)

ORDER ADOPTING REPORT AND
RECOMMENDATION

RONNIE ABRAMS, United States District Judge:

       Plaintiffs bring claims pursuant to Title I of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 *et seq.*, alleging that Defendant breached its fiduciary duty under ERISA and engaged in transactions forbidden by ERISA. Plaintiffs have moved for class certification and for appointment of class counsel. Defendant did not oppose the motion. Before the Court is Magistrate Judge Dolinger's Report and Recommendation, dated May 21, 2015, recommending that Plaintiffs' motion be granted. Objections to the Report and Recommendation, if any, were to be filed by June 8, 2015. No objections have been filed.

       "Where no timely objection has been made . . . a district court need only find that there is no clear error on the face of the record in order to accept the Report and Recommendation." Pineda v. Masonry Const., Inc., 831 F. Supp. 2d 666, 670 (S.D.N.Y. 2011) (citation omitted). The Court has reviewed the Report and Recommendation for clear error and found none. The Court therefore adopts the Report and Recommendation.

The Clerk of Court is respectfully requested to close the motion pending at ECF No. 37.

SO ORDERED.

Dated: June 30, 2015
New York, New York

_____
Ronnie Abrams
United States District Judge